GOLDOWITZ et al. v. HENRY KUPFER & CO. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Isaac Goldowitz and others against Henry

Kupfer & Co. No opinion. Application denied, with $10 costs. Order signed. See, also, 84 Misc. Rep. 393, 146 N. Y. Supp. 189.